## SHOREY *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 12, September Term, 1962 (Adv.).]

*Decided June 18, 1962.*

Before the full Court.

PER CURIAM.

For the reasons set forth in the opinion of Judge Harlan below,

*The application for leave to appeal is denied.*